Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant CNU of Nevada, LLC d/b/a CashNetUSA*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA B. ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; BACKGROUNDCHECKS.COM LLC; NATIONAL CONSUMER TELECOM EXCHANGE, INC.; VERIZON WIRELESS SERVICES, LLC; SCA COLLECTIONS, INC.; CASH 1 LLC; and CNU OF NEVADA LLC d/b/a CASHNET USA;,<br><br>    Defendants. | CASE NO. 2:21-cv-00910-JAD-BNW<br><br>**STIPULATION FOR EXTENSION TO FILE INITIAL RESPONSIVE PLEADING** |

Plaintiff Angela B. Allen ("Plaintiff") and Defendant CNU of Nevada, LLC d/b/a CashNetUSA ("CashNet")[1] stipulate and agree that CashNet has up to and including July 1, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for CashNet to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, CashNet is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: June 1, 2021

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorney for Defendant*<br>*CNU of Nevada, LLC*<br>*d/b/a CashNetUSA* | By: /s/ Michael Kind<br>Michael Kind<br>8860 S. Maryland Parkway<br>Suite 106<br>Las Vegas, NV 89123<br><br>George Haines<br>Gerardo Avalos<br>FREEDOM LAW FIRM<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2021