1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *National Consumer Telecom & Utilities*
6  *Exchange, Inc.*

8             UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA

10 ANGELA B. ALLEN,                          ) Case No. 2:21-cv-00910-JAD-BNW
                                             )
11                 Plaintiff,                )
                                             )
12 vs.                                       ) **JOINT MOTION FOR EXTENSION OF**
                                             ) **TIME FOR DEFENDANT NATIONAL**
13 EXPERIAN INFORMATION SOLUTIONS,           ) **CONSUMER TELECOM & UTILITIES**
   INC.; CLARITY SERVICES, INC.;             ) **EXCHANGE, INC. TO FILE ANSWER**
14 BACKGROUNDCHECKS.COM LLC;                 )
   NATIONAL CONSUMER TELECOM &               ) **FIRST REQUEST**
15 UTILIES EXCHANGE, INC; VERIZON            )
   WIRELESS SERVICES, LLC; SCA               )
16 COLLECTIONS, INC.; CASH 1 LLC; and        )
   CNU OF NEVADA, LLC, d/b/a                 )
17 CASHNETUSA,                               )
                                             )
18                 Defendants.               )

21     Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

22 requested an extension of time to answer, move or otherwise respond to the Complaint in this

23 matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

24 STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

25 otherwise respond to the Complaint in this action is extended from June 8, 2021 through and

26 including **July 8, 2021**.  The request was made by NCTUE so that it can have an opportunity to

27 collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 8th day of June, 2021.

| CLARK HILL PLLC | <u>**No opposition**</u> |
|---|---|
| By: /s/*Jeremy J. Thompson*<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | /s/*Michael Kind*<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  June 11, 2021

- 2 -