1  DIANA G. DICKINSON, Bar No. 13477
   LITTLER MENDELSON P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, Nevada 89169.5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811
   Email: ddickinson@littler.com
5
   Attorney for Defendant
6  BACKGROUNDCHECKS.COM LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  Angela B. Allen,                          Case No. 2:21-cv-00910-JAD-BNW

12              Plaintiff,

13       v.                                    **STIPULATION TO EXTEND TIME FOR
                                               DEFENDANT BACKGROUNDCHECKS.COM
14  Experian Information Solutions, Inc.;      LLC TO FILE RESPONSIVE PLEADING**
    Clarity Services, Inc.;
15  Backgroundchecks.com LLC; National        **[SECOND REQUEST]**
    Consumer Telecom & Utilities Exchange,
16  Inc.; Verizon Wireless Services, LLC;
    SCA Collections, Inc.; Cash 1 LLC; and
17  CNU of Nevada, LLC, d/b/a
    CashNetUSA,
18
              Defendants.
19

20       Plaintiff ANGELA B. ALLEN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM

21  LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend

22  the time for Defendant to file a response to the Complaint from the current deadline of June 22, 2021,

23  up to and including **July 6, 2021**.

24       This is the second request for an extension of time to respond to the Complaint.  The requested

25  extension is necessary in light of the fact the parties have begun discussions regarding the scope and

26

27

28

handling of the case and potential resolution of this matter.[1]  The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated:  June 17, 2021

Respectfully submitted,


*/s/ Michael Kind*
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff
ANGELA B. ALLEN

Dated:  June 17, 2021

Respectfully submitted,


*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC


**IT IS SO ORDERED.**

Dated: June 21, 2021


UNITED STATES MAGISTRATE JUDGE

4850-3949-0543.1 / 107811-1010

---

[1] Some of the issues discussed include Defendant's contention that personal jurisdiction and venue is improper, and that nothing contained in this Stipulation waives those contentions.

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800