| | |
|---|---|
| 1 | DIANA G. DICKINSON, Bar No. 13477 |
| 2 | LITTLER MENDELSON P.C.<br>3960 Howard Hughes Parkway |
| 3 | Suite 300<br>Las Vegas, Nevada 89169.5937 |
| 4 | Telephone: 702.862.8800<br>Fax No.: 702.862.8811 |
| 5 | Email: ddickinson@littler.com |
| 6 | Attorney for Defendant<br>BACKGROUNDCHECKS.COM LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Angela B. Allen,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA,<br><br>　　　　Defendants. | Case No. 2:21-cv-00910-JAD-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING**<br><br>**[THIRD REQUEST]** |

Plaintiff ANGELA B. ALLEN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of July 6, 2021, up to and including **July 20, 2021**.

This is the third request for an extension of time to respond to the Complaint. The requested extension is necessary due to vacation schedules, the upcoming Independence holiday, and attempts

///

///

to resolve this matter.[1]  The additional time will allow the parties to complete these discussions regarding the handling of the case and potential resolution before having to engage in motion practice.

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated:  July 2, 2021                                    Dated:  July 2, 2021

Respectfully submitted,                                 Respectfully submitted,


 /s/ Michael Kind                                       /s/ Diana G. Dickinson
MICHAEL KIND, ESQ.                                      DIANA G. DICKINSON, ESQ.
KIND LAW                                                LITTLER MENDELSON, P.C.

GEORGE HAINES, ESQ.                                     Attorney for Defendant
GERARDO AVALOS, ESQ.                                    BACKGROUNDCHECKS.COM LLC
FREEDOM LAW FIRM, LLC

Attorneys for Plaintiff
ANGELA B. ALLEN


**IT IS SO ORDERED.**

Dated:  July 6, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4838-3706-9808.1 / 107811-1010

---

[1] Some of the issues discussed include Defendant's contention that personal jurisdiction and venue is improper, and that nothing contained in this Stipulation waives those contentions.