JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA B. ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; BACKGROUNDCHECKS.COM LLC; NATIONAL CONSUMER TELECOM & UTILIES EXCHANGE, INC; VERIZON WIRELESS SERVICES, LLC; SCA COLLECTIONS, INC.; CASH 1 LLC; and CNU OF NEVADA, LLC, d/b/a CASHNETUSA,<br><br>Defendants. | Case No. 2:21-cv-00910-JAD-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from July 8, 2021 through and including **August 9, 2021**. The request was made by NCTUE in order to allow the parties additional time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good

faith and not intended to cause delay.

Respectfully submitted, this 7th day of July, 2021.

| | |
|---|---|
| CLARK HILL PLLC<br><br>By: /s/*Jeremy J. Thompson*<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | /s/*Michael Kind*<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br><br>*Attorneys for Plaintiff* |

**<u>No opposition</u>**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 9, 2021