1  George Haines, Esq.
   Nevada Bar No.: 9411
2  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
3  **FREEDOM LAW FIRM**
4  8985 S. Eastern Ave., Suite 350
   Las Vegas, Nevada 89123
5  (702) 880-5554
   (702) 385-5518 (fax)
6  Ghaines@freedomlegalteam.com
7  *Counsel for Plaintiff Angela B. Allen*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angela B. Allen, | Case No.: 2:21-cv-00910-JAD-BNW |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and Backgroundchecks.com LLC** |
| Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA, | |
| Defendant(s). | |

The dispute between Angela B. Allen ("Plaintiff") and Backgroundchecks.com LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: August 31, 2021.

**Order**
IT IS ORDERED that the parties must file a stipulation to dismiss or a joint status report by 11/1/2021 with regard to Backgroundchecks.com LLC.
**IT IS SO ORDERED**
**DATED:** 9:31 am, September 01, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FREEDOM LAW FIRM

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Angela B. Allen*

NOTICE         - 1 -