```
1   George Haines, Esq.
    Nevada Bar No.: 9411
2   Gerardo Avalos, Esq.
    Nevada Bar No.: 15171
3   FREEDOM LAW FIRM
4   8985 S. Eastern Ave., Suite 350
    Las Vegas, Nevada 89123
5   (702) 880-5554
    (702) 385-5518 (fax)
6   Ghaines@freedomlegalteam.com
7   Counsel for Plaintiff Angela B. Allen
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angela B. Allen,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA,<br><br>　　　　　　Defendant(s). | Case No.: 2:21-cv-00910-JAD-BNW<br><br>**Notice of settlement between Plaintiff and National Consumer Telecom & Utilities Exchange, Inc.** |

　　　The dispute between Angela B. Allen ("Plaintiff") and National Consumer Telecom & Utilities Exchange, Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

　　　Dated: September 29, 2021.

**Order**

IT IS ORDERED that the parties must file stipulations to dismiss the Defendants with whom Plaintiff has settled by 11/30/2021. *See* ECF Nos. 45-47 (Notices of Settlement).

IT IS SO ORDERED
DATED: 2:25 pm, September 30, 2021

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

F‌REEDOM L‌AW F‌IRM

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Angela B. Allen*