George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Angela B. Allen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angela B. Allen, | Case No.: 2:21-cv-00910-JAD-BNW |
| Plaintiff(s), | |
| v. | **Notice of settlement between Plaintiff and CNU of Nevada, LLC, d/b/a CashNetUSA** |
| Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA, | |
| Defendant(s). | |

NOTICE                                - 1 -

1
2
3
4

The dispute between Angela B. Allen ("Plaintiff") and CNU of Nevada, LLC, d/b/a CashNetUSA ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 30, 2021.

FREEDOM LAW FIRM

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Angela B. Allen*

### Order

IT IS ORDERED that a stipulation to dismiss is due by 11/30/2021.

**IT IS SO ORDERED**
**DATED:** 2:32 pm, October 01, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE - 2 -