George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Angela B. Allen*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angela B. Allen,<br><br>           Plaintiff(s),<br>   v.<br><br>Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA,<br><br>           Defendant(s). | Case No.: 2:21-cv-00910-JAD-BNW<br><br>**Notice of settlement between Plaintiff and Clarity Services Inc.** |

NOTICE                                    - 1 -

The dispute between Angela B. Allen ("Plaintiff") and Clarity Services Inc. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: November 8, 2021.

                **FREEDOM LAW FIRM**

                /s/ George Haines
                George Haines, Esq.
                Gerardo Avalos, Esq.
                8985 S. Eastern Ave., Suite 350
                Las Vegas, Nevada 89123
                *Attorney for Plaintiff Angela B. Allen*

### Order

IT IS ORDERED that a stipulation to dismiss Clarity Services Inc. is due by 1/9/2022.

**IT IS SO ORDERED**
**DATED:** 1:24 pm, November 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE        - 2 -