George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Angela B. Allen*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angela B. Allen, <br><br> Plaintiff, <br> v. <br><br> Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA, <br><br> Defendant. | Case No.: 2:21-cv-00910-JAD-BNW <br><br> **Stipulation of dismissal of Experian Information Solutions, Inc. with prejudice & Order** <br><br> ECF No. 55 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Angela B. Allen and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

STIPULATION                                              - 1 -

1  Each party will bear its own costs, disbursements, and attorney fees.

2

3  Dated: November 3, 2021.

4  **Freedom Law Firm**

5

6  /s/ George Haines
George Haines, Esq.
7  Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
8  Las Vegas, Nevada 89123
*Counsel for Plaintiff Angela B. Allen*

9

10 **Jones Day**

11 /s/ Katherine Neben
Katherine Neben
12 3161 Michelson Dr.
13 Irvine, CA 92612
*Counsel for Experian Information Solutions, Inc.*

14

15 **Naylor and Braster**

16 /s/ Jennifer Braster
Jennifer Braster, Esq.
17 Naylor and Braster
18 1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
19 *Counsel for Experian Information Solutions, Inc.*

20

21                                    **ORDER**

22     Based on the stipulation between plaintiff and Experian Information Solutions, Inc. **[ECF No. 55]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the
23 parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Experian Information Solutions, Inc. are DISMISSED with prejudice**, each side to bear its
24 own fees and costs.

25                                                              _____
U.S. District Judge Jennifer A. Dorsey
26                                                              Dated: November 17, 2021

27

Stipulation                                       - 2 -