George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Angela B. Allen*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angela B. Allen, | Case No.: 2:21-cv-00910-JAD-BNW |
| Plaintiff, | **Stipulation and Order of dismissal of CNU of Nevada, LLC, d/b/a CashNetUSA with prejudice** |
| v. | |
| Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA, | ECF No. 59 |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Angela B. Allen and CNU of Nevada, LLC, d/b/a CashNetUSA stipulate to dismiss Plaintiff's claims against CNU of Nevada, LLC, d/b/a CashNetUSA with prejudice.

---

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 24, 2021.

**F**REEDOM **L**AW **F**IRM

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Angela B. Allen*

**Ballard Spahr**

/s/ Joel Tasca
Joel Tasca, Esq.
Ballard Spahr
One Sumerlin 1980 Festival Plaza Dr #900
Las Vegas, Nevada 89135
*Counsel for CNU of Nevada, LLC, d/b/a CashNetUSA*

## ORDER

Based on the stipulation between plaintiff and CNU of Nevada, LLC dba CashNetUSA **[ECF No. 59]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST CNU of Nevada, LLC dba CashNetUSA are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2021