George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Angela B. Allen*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Angela B. Allen,<br><br>               Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Verizon Wireless Services, LLC; SCA Collections, Inc.; Cash 1 LLC; and CNU of Nevada, LLC, d/b/a CashNetUSA,<br><br>               Defendant. | Case No.: 2:21-cv-00910-JAD-BNW<br><br>**Stipulation and Order Dismissing Case**<br><br><br>ECF No. 63 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Angela B. Allen and Clarity Services Inc. stipulate to dismiss Plaintiff's claims against Clarity Services Inc. with prejudice.

///

///

///

- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 8, 2021.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Angela B. Allen*

**JONES DAY**

/s/ Katherine Neben
Katherine Neben, Esq.
3161 Michelson Dr. Suite 800
Irvine, CA. 92612

**NAYLOR & BRASTER**

/s/ Jennifer Braster
Jennifer Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Counsel for Clarity Services Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 63]** and good cause appearing, and because the dismissal of these claims leaves no claims or parties remaining, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 14, 2021